**Order entered January 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01002-CV

**VALPAK DIRECT MARKETING SYSTEMS, INC., Appellant**

**V.**

**COLONIAL SAVINGS, F.A., Appellee**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03570-2018**

## ORDER

Before the Court is the parties' January 9, 2019 joint motion to extend the time to file appellee's brief. This is appellee's fourth request for an extension in this accelerated appeal. In the motion, the parties explain that they reached a settlement in December and are in the process of finalizing their settlement agreement. We **GRANT** the motion to the extent that we **ORDER** that either a motion to dismiss the appeal or appellee's brief be filed no later than **February 8, 2019**. As appellant's brief was filed on October 11, 2018, this appeal will be set for submission if neither is timely filed.

/s/     KEN MOLBERG
              JUSTICE